# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 18-71106-FJS |
| TIFFANY ANN RINER, ) | |
| ) | Chapter 7 |
| *Debtor*. ) | |

## ORDER

This matter came before the Court upon the Court's Order Setting Hearing on Review of Attorney Compensation entered on July 31, 2018 (the "Compensation Order"). The Compensation Order required The Merna Law Group, P.C. to file a report of every chapter 7 bankruptcy case filed by its attorneys from November 1, 2017, to April 30, 2018, attaching as exhibits all engagement letters, reaffirmation agreements, supplemental fee agreements concerning reaffirmation agreements, and fee reports. On October 19, 2018, in accordance with the Compensation Order, the Merna Law Group, P.C. filed the required report.[1]

A hearing was held on the Compensation Order on November 6, 2018. William A. Gray appeared on behalf of the Merna Law Group, P.C. For the reasons stated on the record from the bench, the Court determined that the Merna Law Group, P.C. should mail a letter to every client who signed an Affidavit of Understanding Regarding Reaffirmation Agreement (the "Affidavit") on or after November 1, 2013, that affirmatively represents that the client has no liability under the Affidavit.

---

[1] The Court granted the Merna Law Group, P.C. an extension of time to October 19, 2018, to file the Report. *See* Order Granting Motion to Extend Time to File Report, ECF No. 32.

Accordingly, the Court ORDERS that the Merna Law Group, P.C. shall mail a letter to every client who signed the Affidavit on or after November 1, 2013, that affirmatively represents that, despite the client signing the Affidavit, they are not liable for any additional fees pursuant to the Affidavit.

Further, the Court ORDERS that the Merna Law Group, P.C. shall file a certification, signed by John Merna, that certifies under oath and under penalty of perjury that the above-mentioned letters were sent to every client who signed the Affidavit on or after November 1, 2013.

Finally, the Court ORDERS such hearing be continued until February 20, 2019, at 11:00 a.m. to allow for the Merna Law Group, P.C. to confer with the Office of the United States Trustee to produce a proposal that resolves the discrepancy between the various engagement agreements.

The Clerk shall deliver copies of this Order to Genene E. Gardner, counsel for the Debtor; The Merna Law Group, P.C.; the Debtor; John C. McLemore, chapter 7 trustee; and the Office of the United States Trustee.

IT IS SO ORDERED.

/s/ Frank J. Santoro

Nov 13 2018

FRANK J. SANTORO
United States Bankruptcy Judge

Entered on Docket:  Nov 13 2018